# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ARDWIN F. SYLVESTER                                                  PETITIONER
ADC #610150
v.                      No. 5:18CV00078 JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                           RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 27th day of February, 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE