# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ARDWIN F. SYLVESTER                                             PETITIONER
ADC #610150
v.                        No. 5:18CV00078 JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED, and the relief prayed for is DENIED.

SO ADJUDGED this 27th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE